WILLIAM G. YOUNG
DISTRICT JUDGE

July 17, 2007

Honorable Ortrie D. Smith
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington D.C.  20544

Re: Calendar Year 2006 Filing

Dear Judge Smith,

Pursuant to your instructions, I make the following amendments to my 2006 Financial Disclosure Report and enclose three copies thereof.

In Part VII, page 1, lines 7, 9–11, 13–15, and 17 and page 2, lines 18,19, 22, and 25–28, Column B(1) was appropriately left blank in each case and the entry under Column B(2) is "None."

In Part VII, pages 1 and 2, the answers in Column C(1) are:

line 17 – L
line 18 – K
line 19 – K

Thank you for your close attention to these matters.  I trust this response is satisfactory.

Respectfully,

District Judge

| AO-10 (WP) Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) YOUNG, WILLIAM G. | 2. Court or Organization UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS | 3. Date of Report MAY 4, 2007 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) DISTRICT JUDGE | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial ✓ Annual ___ Final | 6. Reporting Period JANUARY 1, 2006 DECEMBER 31, 2006 |
| | 5b. ___ Amended Report | |

| 7. Chambers or Office Address SUITE 5710 UNITED STATES COURTHOUSE 1 COURTHOUSE WAY, BOSTON, MASS 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 LECTURER + FACULTY MEMBER | BOSTON UNIVERSITY LAW SCHOOL |
| 2 LECTURER + FACULTY MEMBER | MASSACHUSETTS CONTINUING LEGAL EDUCATION, INC. |
| 3 TRUSTEE | TRUST |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ✓ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

2007 MAY 14 A 11: 11 FINANCIAL DISCLOSURE OFFICE RECEIVED

# III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 JAN - MAY '06 | BOSTON UNIVERSITY - TEACHING INCOME | $ 16,400.00 |
| 2 SEPT - DEC '06 | MASSACHUSETTS CONTINUING LEGAL EDUCATION, INC - TEACHING INCOME | $ 7,500.00 |
| 3 | THOMPSON - WEST - BOOK ROYALTY | $ 7,568.84 |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| ✓ NONE (No reportable non-investment income.) | |
| 1 | |
| 2 | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 4, 2007 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|   | SOURCE | | DESCRIPTION |
|---|---|---|---|
|   | ☐ NONE (No such reportable reimbursements.) | | |
| 1 | PRICE-WATERHOUSE COOPERS INTELLECTUAL PROPERTY INSTITUTE | FEB. 18-22, 2006 - FOOD, LODGING & TRANS. | MEETING, PHOENIX, AZ |
| 2 | NEW YORK INTELLECTUAL PROPERTY LAW ASN. | MAR 23, 2006 - FOOD, LODGING & TRANS. | MEETING, NEW YORK, NY |
| 3 | AMERICAN UNIVERSITY | APRIL 6, 2006 - TRANS. | MEETING, WASHINGTON, D.C. |
| 4 | PRACTICING LAW INSTITUTE | AUG 3, 2006 - FOOD + TRANS | MEETING, NEW YORK, NY |
| 5 | | | |
| 6 | | | |
| 7 | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|   | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
|   | ☑ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

|   | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
|   | ☑ NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 4, 2007 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | A. Income during reporting period (1) Amt Code 1 (A-H) | A. (2) Type (e.g. div, rent or int) | B. Gross value at end of reporting period (1) Value Code 2 (J-P) | B. (2) Value Method Code 3 (Q-W) | C. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | C. (2) Date Month Day | C. (3) Value Code 2 (J-P) | C. (4) Gain Code 1 (A-H) | C. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 BANK OF AMERICA, NEEDHAM, MA 1) JOINT SAVINGS 2) IRA 3) CD | D | INT | N | T | | | | | |
| 2 AKAMAI COMMON STOCK | | NONE | J | T | | | | | |
| 3 AT&T COMMON STOCK | A | DIV | J | T | | | | | |
| 4 KEYSPAN ENERGY COMMON STK | A | DIV | J | T | | | | | |
| 5 VERIZON COMMON STOCK | A | DIV | J | T | | | | | |
| 6 LISTED BELOW ARE THE INCOME PRODUCING ASSETS OF A TRUST I AM THE TRUSTEE | | | | | X | | | | |
| 7 BELL SOUTH | | | | T | BUY 2/27 SELL | X 3/7 | K K | A | |
| 8 BRISTOL MYERS SQUIBB | B | DIV | L | T | SELL | 9/9 | J | A | |
| 9 CABLEVISION | | | | T | BUY SELL | 2/27 4/18 | K K | A | |
| 10 CIMAREX ENERGY CO | | | | T | SELL BUY | 5/31 6/1 | K K | A | |
| 11 CONOCO PHILLIPS CO | | | | T | BUY SELL | 9/22 10/25 | F F | C | |
| 12 DUKE ENERGY CORP | B | DIV | L | T | SELL | 9/29 | L | E | |
| 13 DORAL | | | | T | BUY SELL | 4/4 5/12 | K J | A | |
| 14 DUPONT | | | | T | BUY SELL | 8/31 10/12 | F F | D | |
| 15 INTERPUBLIC | | | | T | BUY SELL | 2/27 8/9 | K K | A | |
| 16 MERRILL LYNCH & CO INC | B | DIV | K | T | BUY | 10/25 | K | | |
| 17 NEWMONT MINING CORP | | | | T | BUY | 10/25 | K | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

18. NEW YORK TIMES — T — BUY 10/25 — L
19. ROYAL BANK OF SCOTLAND PREF. B DIV — T — BUY 10/29 — K
20. ROYAL BANK OF SCOTLAND — J — K — T
21. TIME WARNER — A DIV — K — T — SELL 8/2 — K — A
22. 3M — T — BUY 8/21 — M — SELL 14/12 — M — C
23. VERIZON — C DIV — K — T — BUY 3/7 — L
24. WAL-MART — A DIV — K — T — BUY 3/7 — K — SELL 9/22 — K — B
25. WELLS FARGO PREF. — T — BUY 5/2 — K
26. WESTERN UNION CO. — T — BUY 10/25 — L
27. WESTWOOD ONE — T — BUY 10/12 — K
28. NEW YORK ST. HRB. DEV. CORP. — T — REDEEMED 9/1 — K — A
29. METROPOLITAN TRANSIT AUTHY D INT. M T
30. LONG ISLAND PWR. AUTHY A INT K T
31. NEW YORK CITY MUN. BOND B INT K T
32. NEW YORK STATE DORM AUTHY A INT K T
33. NEW YORK STATE LOCAL GOVT C INT M T

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature █████████████████ Date _May 4, 2007_

NOTE: A█████████████████████████ND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544